UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSHUA MICHEAL HAMMES,

    Plaintiff,

v.                                                   Case No. 1:18-CV-00592

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

This cause coming before the Court on motion by defendant, due notice having been given, and the Court being fully advised, IT IS HEREBY ORDERED that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will remand this matter to an administrative law judge with instructions to offer Plaintiff the opportunity for a new hearing where Plaintiff may present additional evidence and arguments. The ALJ will reassess the medical opinion evidence, and provide appropriate explanation for the weight given to those opinions. If the case proceeds past step three of the sequential evaluation, the ALJ will reassess the residual functional capacity and, as needed, obtain supplemental vocational expert testimony to clarify the effect of the reassessed limitations on Plaintiff's occupational base.

Dated this 27th day of December, 2018.

                                                                         s/ William C. Griesbach
                                                                         William C. Griesbach, Chief Judge
                                                                          U.S. District Court - WIED